Shayna Fernandez Watts (027342)
FERNANDEZ WATTS LAW PLLC
5040 E. Shea Blvd. Ste. 272
Scottsdale, Arizona 85254
Phone: (602) 760-5100
Fax: (602) 760-5130
Email:Shayna@FernandezWattsLaw.com
*Attorney for Plaintiff*

FERNANDEZ WATTS LAW, PLLC
5040 E. Shea Boulevard, Ste. 272
Scottsdale, Arizona 85254

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Alexis Lindvall, | Case No.: CV-24-00768-PHX-DWL |
| Plaintiff, | **NOTICE OF ACCEPTANCE AND WAIVER OF SERVICE OF SUMMONS AND COMPLAINT BY ALL DEFENDANTS** |
| v. | |
| The Law Office of Daniel Hutto, PLLC; Daniel Hutto; Shannon McShay; and John Carbone, | **-AND-** |
| Defendants. | **NOTICE OF SERVICE OF PRELIMINARY ORDER (ECF NO. 5)** |

Plaintiff provides notice that all Defendants have been served with the summonses and complaint as of April 9, 2024 and that Plaintiff served the Preliminary Order (ECF No. 5), on Defendants' counsel the same day. Defendants' acceptance and waiver of service of the summonses and complaint is attached here as **Exhibit A.**

FERNANDEZ WATTS LAW PLLC

/s/*Shayna Fernandez Watts*
5040 E. Shea Blvd. Ste. 272
Scottsdale, Arizona 85254
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and a copy of the same was emailed to the following, if non-registrants, this 10th day of April 2024.

MAY POTENZA BARAN & GILLESPIE
Andrew S. Lishko
Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
602.252.1900
alishko@maypotenza.com

/s/ *Tiffany Fernandez*

# EXHIBIT A

EXHIBIT A

FERNANDEZ WATTS LAW, PLLC
5040 E. Shea Boulevard, Ste. 272
Scottsdale, Arizona 85254

## ACCEPTANCE AND WAIVER OF SERVICE

I, Andrew Lishko, Attorney for The Law Office of Daniel Hutto, PLLC, Daniel Hutto, Shannon McShay, and John Carbone ("Defendants"), received a request for a waiver of service of the summons in this action along with a copy of the complaint in Case No. CV-24-00768-PHX-DWL, Lindvall v. The Hutto Law Firm et, al.

Defendants agree to save the expense of serving a summons and complaint in this case and accept and waive service of the summons and complaint. Defendants understand they will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but Defendants waive any objections to the absence of a summons or of service.

Defendants understand they must file and serve an answer or a motion under Rule 12 within **21** days from the date when this request was signed. If Defendants fail to do so, a default judgment will be entered against Defendants.

DATED this 9th day of April 2024.

MAY POTENZA BARAN & GILLESPIE

s/
Andrew S. Lishko
Central Arts Plaza
1850 N. Central Ave., 16th Floor
Phoenix, AZ 85004-4633
602.252.1900
alishko@maypotenza.com