Andrew S. Lishko, Esq. (SBN 033136)
Carrie A. Laliberte, Esq. (SBN 032556)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
1850 N. Central Avenue, Suite 1600
Phoenix, AZ 85004-4633
Telephone:  (602) 252-1900
Facsimile:  (602) 252-1114
Email:  alishko@maypotenza.com
　　　　claliberte@maypotenza.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexis Lindvall,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>The Law Office of Daniel Hutto, PLLC; Daniel Hutto; Shannon McShay; and John Carbone,<br><br>　　　　　　Defendants. | Case No. CV-24-00768-PHX-DWL<br><br>**STIPULATION TO EXTEND DEFENDANTS TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Assigned to Hon. Dominic W. Lanza) |

Pursuant to L.R.Civ.P. 7.3., the parties, Plaintiff Alexis Lindvall ("Plaintiff"), and Defendants The Law Office of Daniel Hutto, PLLC, (the "Law Office") Daniel Hutto, Shannon McShay and John Carbone (together, the "Individual Defendants") by and through undersigned counsel hereby enter into this Stipulation to Extend Time for Filing of Response to Plaintiff's Complaint.

The current deadline for Defendants to respond to the Complaint is April 29, 2024. By letter dated April 19, 2024, Defendants identified claims in the Complaint which are appropriate for a Motion to Dismiss based upon a failure to state a claim. Pursuant to this Court's preliminary order (Doc. 5) and L.R.Civ. 12(c), counsel for Defendants provided written notice to Plaintiff's counsel, and the parties met and conferred by phone on April 25, 2024. As discussed during the meet and confer, Plaintiff's counsel intends to substantively respond in writing to the factual and legal issues raised by Defendants' counsel, and to amend the Complaint on or before May 10,

2024. Because this falls after Defendants' answer deadline, the parties stipulate and agree that Defendants' answer to the initial complaint is extended until May 15, 2023.

The parties respectively request this Court enter the form of order filed herewith.

RESPECTFULLY SUBMITTED this 25th day of April, 2024.

                    **MAY, POTENZA, BARAN & GILLESPIE, P.C.**

                    By: s/*Andrew S. Lishko*
                    Andrew S. Lishko, Esq.
                    Carrie A. Laliberte, Esq.
                    *Attorney for Defendants*

                    FERNANDEZ WATTS LAW PLLC
                    By: /s/*Shayna Fernandez Watts with permission*
                    Shyna Fernandez Watts
                    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

Shayna Fernandez Watts<br>
FERNANDEZ WATTS LAW PLLC<br>
5040 E. Shea Blvd. Ste. 272<br>
Scottsdale, Arizona 85254<br>
Shayna@FernandezWattsLaw.com<br>
*Attorney for Plaintiff*

/s/ *Elena Cordero*

3