Andrew S. Lishko, Esq. (SBN 033136)
Carrie A. Laliberte, Esq. (SBN 032556)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
1850 N. Central Avenue, Suite 1600
Phoenix, AZ 85004-4633
Telephone:  (602) 252-1900
Facsimile:   (602) 252-1114
Email:  alishko@maypotenza.com
            claliberte@maypotenza.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexis Lindvall,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>The Law Office of Daniel Hutto, PLLC; Daniel Hutto; Shannon McShay; and John Carbone,<br><br>　　　　　Defendants. | Case No. CV-24-00768-PHX-DWL<br><br>**STIPULATION TO EXTEND DEFENDANTS TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(Assigned to Hon. Dominic W. Lanza) |

Pursuant to L.R.Civ.P. 7.3., the parties, Plaintiff Alexis Lindvall ("Plaintiff"), and Defendants The Law Office of Daniel Hutto, PLLC, (the "Law Office") Daniel Hutto, Shannon McShay and John Carbone (together, the "Individual Defendants") by and through undersigned counsel hereby enter into this Stipulation to Extend Time for Filing of Response to Plaintiff's First Amended Complaint.

By order entered October 31, 2024, this Court granted Defendants' Motion for Partial Dismissal of Claims, dismissed Plaintiff's Intentional Infliction of Emotional Distress Claim, and provided Plaintiff the opportunity to amend her complaint to "attempt[] to cure the deficiencies raised in this order . . . ." (Doc. 15 at 18:7–10).

Plaintiff does not intend to file a Second Amended Complaint, and the Order does not otherwise specify an answer date for Defendants to file. Defendants' Answer is thus due "within 14 days after notice of the court's action" that is, November 14, 2024. Fed. R. Civ. P. 12(a)(4)(A).

Defendants intend to answer the balance of claims remaining, but require additional time to respond. Defendants' counsel requested, and Plaintiff's counsel agreed, to a three-week extension on the answer deadline. This is Defendants' first request for an extension on time to answer the First Amended Complaint. The Court previously granted an extension on the deadline to answer the Complaint, due to Plaintiff's intent to file an amended complaint. (*See* Doc. 7).

Good cause exists for an extension on the answer deadline. Over the next few weeks, Defendants' counsel has previously scheduled out of state travel and immoveable deadlines in other matters (including a petition for review to the Arizona Supreme Court). The three weeks are further reasonable to accommodate the impending Thanksgiving holidays, the week of November 24. Accordingly, the parties stipulate and agree that Defendants' answer to the First Amended Complaint is extended until December 5, 2024.

The parties respectively request this Court enter the form of order filed herewith.

RESPECTFULLY SUBMITTED this 8th day of November, 2024.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By: /s/Andrew S. Lishko
Andrew S. Lishko, Esq.
Carrie A. Laliberte, Esq.
*Attorney for Defendants*

FERNANDEZ WATTS LAW PLLC
By: /s/Shyna Fernandez Watts
Shyna Fernandez Watts
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

Shayna Fernandez Watts
FERNANDEZ WATTS LAW PLLC
5040 E. Shea Blvd. Ste. 272
Scottsdale, Arizona 85254
Shayna@FernandezWattsLaw.com
*Attorney for Plaintiff*

/s/ Elena Cordero

3