**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Alexis Lindvall, | No. CV-24-00768-PHX-SHD |
| Plaintiff, | **ORDER SETTING RULE 16 CASE MANAGEMENT CONFERENCE** |
| v. | |
| Law Office of Daniel Hutto PLLC, et al., | |
| Defendants. | |

The Court has reviewed the Rule 26(f) Joint Case Management Report, (Doc. 23). Accordingly,

**IT IS ORDERED** setting a Case Management Conference for **Tuesday, March 18, 2025, at 10:30 a.m.**, in Courtroom 502, Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona 85003. Counsel who will be responsible for trial of the lawsuit for each party, and any party not represented by counsel, shall appear and participate in the Case Management Conference and shall have authority to enter into stipulations regarding all matters that may be discussed. All attorneys and unrepresented parties based in Maricopa County shall appear in person. Any attorneys (including those based outside of Maricopa County) who cannot be present in person must seek leave of the Court to appear by Zoom at least 3 business days before the Case Management Conference. A continuance of the Case Management Conference will be granted only for good cause.

Dated this 18th day of February, 2025.

_____
Honorable Sharad H. Desai
United States District Judge