Andrew S. Lishko, Esq. (SBN 033136)
Carrie A. Laliberte, Esq. (SBN 032556)
**May, Potenza, Baran & Gillespie, P.C.**
1850 N. Central Avenue, Suite 1600
Phoenix, AZ 85004-4633
Telephone:   (602) 252-1900
Facsimile:    (602) 252-1114
Email:   alishko@maypotenza.com
            claliberte@maypotenza.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexis Lindvall,<br><br>                              Plaintiff,<br><br>v.<br><br>The Law Office of Daniel Hutto, PLLC; Daniel Hutto; Shannon McShay; and John Carbone,<br><br>                              Defendants. | Case No. CV-24-00768-PHX-SHD<br><br>**JOINT REPORT ON SETTLEMENT TALKS**<br><br>(Assigned to Hon. Sharad Desai) |

Pursuant to the Case Management Order, Defendants The Law Office of Daniel Hutto, PLLC, Daniel Hutto, Shannon McShay, and John Carbone ("Defendants") and Plaintiff Alexis Lindvall, hereby file this joint report regarding good faith settlement talks. (Doc. 29 at 6:28–7:12).

The parties have completed good faith settlement talks and have reached material terms of settlement which resolve all claims asserted in this matter. The parties will cooperate in the administrative matters related to settlement, and anticipate filing a stipulated motion to dismiss this matter upon completion of the same.

RESPECTFULLY SUBMITTED this 14th day of August, 2025.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By: */s/Andrew S. Lishko*
 Andrew S. Lishko, Esq.
 Carrie A. Laliberte, Esq.
 *Attorney for Defendants*

**FERNANDEZ WATTS LAW PLLC**

By: */s/ Shayna Fernandez Watts (with permission)*
 Shayna Fernandez Watts
 *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

Shayna Fernandez Watts
FERNANDEZ WATTS LAW PLLC
5040 E. Shea Blvd. Ste. 272
Scottsdale, Arizona 85254
Shayna@FernandezWattsLaw.com
*Attorney for Plaintiff*

/s/ Lindsey Lechuga

3